IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:04-cr-00029-MP-AK

GEORGE ALLEN,

    Defendant.
_____/

### DEFENDANT'S WAIVER OF JURY TRIAL

Pursuant to Federal Rule of Criminal Procedure 23(a), the undersigned Defendant, being fully advised by his counsel and the Court of his right to a trial by jury, and having been advised by his attorney as to the advantages and disadvantages of a jury trial and a non-jury trial, does hereby voluntarily, knowingly and intelligently waive his right to a jury trial and hereby consents to a non-jury trial by the court as to the charge in Count Two of the indictment.

Date this 7th day of June, 2005, In Gainesville, Florida.

_____  
George Allen  
Defendant

_____  
Robert Rush  
Counsel for Defendant  
Florida Bar # 0553512



## CONSENT

The United States of America, through the undersigned Assistant United States Attorney, does hereby consent to Defendant's waiver of trial by jury as to the offense in Count Two of the indictment.

_____
Corey J. Smith
Assistant United States Attorney
Florida Bar # 0120420

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## ORDER

The undersigned District Court Judge hereby approves Defendant's waiver of a jury trial as to the offense in Count Two of the indictment.

It is hereby ORDERED that this cause shall proceed to trial, non-jury, as to the Offense in Count Two of the indictment.

Done and Ordered this 7th day of June, 2005, in Gainesville, Florida

_____
Maurice M. Paul
Senior District Judge