IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                               CASE NO. 1:04cr29  MMP

GEORGE ALLEN

    Defendant
_____/

## JUDGMENT OF ACQUITTAL

The Defendant was tried and found not guilty as to COUNT 2.

IT IS ORDERED that the Defendant is acquitted as to COUNT 2 of the indictment.

DONE AND ORDERED this 23rd day of August, 2005.

                s/Maurice M. Paul
                _____
                MAURICE M. PAUL, SENIOR
                UNITED STATES DISTRICT JUDGE